IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

* * * * * * * * * * * * * * * * * * * * * * * *

**UNITED STATES OF AMERICA**

vs.  Case No.:  3:99CR00078 - 002

**VIOLETA RODRIGUEZ-VÁZQUEZ**

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION REQUESTING MODIFICATION
OF CONDITIONS OF SUPERVISION**

**TO THE HONORABLE HECTOR M. LAFFITTE
U. S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

**COMES NOW,** Miguel Angel Arroyo-Domenech, United States Probation Officer of this Honorable Court and respectfully informs and prays as follows:

1. On November 29, 2001, Ms. Rodríguez-Vázquez was sentenced by Your Honor to probation for a term of five (5) years for a violation to Title 18 §§371, 666(a)(1)(A) & 2 -- Conspiracy to commit an offense against the United States and aiding and abetting in theft of bribery concerning programs receiving federal funds.  As special conditions of supervision, she was ordered urinalysis, to participate in the home confinement program wearing an electronic monitoring device for a term of twelve (12) months, provide financial disclosure and produce evidence of income tax return filing.  A restitution to the Department of Housing and Urban Development in the amount of $130,000 was also ordered.

2. As of today, she has made twelve (12) payments in the amount of $50 towards her restitution.

3. Since April 2000, Ms.  Rodríguez-Vázquez has been working as clerical assistant for Casa Rosa, a housing project for the homeless in Santurce, Puerto Rico, earning $2,046 a month.

4. In accordance with Title 18, United States Code, Section 3613(b) the Mandatory Victims Restitution Act has a 20-year post sentence enforceability limit.

5. Probationer's term of supervision is due to expire **on November 28, 2006**, and we anticipate that probationer will not be able to satisfy the imposed restitution by then.

6. Consequently, in the case at bar, in order to help Ms. Rodríguez-Vázquez meet her obligation under the Court's sentence, we hereby recommend that the responsibility of the restitution collection be transferred to the Assistant U.S. Attorney's Office' Financial Litigation Unit.

7. On May 13, 2005, we presented our recommendation to Mr. Edwin Benítez, Financial Litigation Paralegal Specialist, who indicated having no objections to our petition.

*Wherefore*, in view of the aforementioned, the U.S. Probation Office is recommending to the Court that the responsibility of the collection of the $130,000 restitution be transferred to the Assistant U. S. Attorney's Financial Litigation Unit so that the case can be closed per original date of expiration, **November 28, 2006.**

In San Juan, Puerto Rico, this **19th day of May, 2005.**

                                            Respectfully submitted,

                                            EUSTAQUIO BABILONIA, CHIEF
                                            U.S. PROBATION OFFICER

                                            **s/ Miguel A. Arroyo-Domenech**
                                            Federal Office Building
                                            Office 400
                                            150 Carlos Chardón Ave.
                                            San Juan, P.R. 00918-1741
                                            (787)766-6356
                                            (787)771-4063
                                            Miguel_Arroyo@prp.uscourts.gov

MAA/

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on **May 19, 2005,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

U.S. Attorney Humberto García, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants:

Joseph Law, Federal Public Defender, 241 Roosevelt Avenue, El Patio Gallery, San Juan, P.R. 00918.

**At San Juan, Puerto Rico, May 19, 2005.**

                                            **s/ Miguel A. Arroyo-Domenech**
                                            Federal Office Building
                                            Office 400
                                            150 Carlos Chardón Ave.
                                            San Juan, P.R. 00918-1741
                                            (787)766-6356
                                            (787)771-4063
                                            Miguel_Arroyo@prp.uscourts.gov

MAA/